**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1059**

EUGENIA B. WHITE,

                    Plaintiff - Appellant,

          v.

FAIRFAX COUNTY GOVERNMENT,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:08-cv-01110-LMB-TRJ)

Submitted: February 18, 2010      Decided: February 23, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugenia B. White, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugenia B. White appeals the district court's order denying her second motion to reconsider its order dismissing her employment discrimination complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Fairfax County Gov't, No. 1:08-cv-01110-LMB-TRJ (E.D. Va. filed Dec. 9 & entered Dec. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED